[L. A. No. 10656.  In Bank.—December 31, 1930.]

JERROLD A. STERN, Appellant, v. CITY OF LOS ANGELES (a Public Corporation) et al., Respondents.

.Woodruff, Musick & Hartke, Walter W. Rennie and Harmel L. Pratt for Appellant.

Erwin P. Werner, City Attorney, and Frederick von Schrader, Deputy City Attorney, for Respondents.

THE COURT.—The facts and problems involved in this case are set forth in the opinion in the case of *Jones* v. *City of Los Angeles* (L. A. No. 10654), *ante,* p. 304 [295 Pac. 14], this day filed.      On the authority of that case the judgment is reversed.

Rehearing denied.

Seawell, J., Shenk, J., and Curtis, J., dissented.